IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
MAR 13 2013
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

WAYNE D. PRUITT

Case No. 2:13mj113
Court Date: April 11, 2013

### CRIMINAL INFORMATION

(Misdemeanor)-Violation No. 1811227

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 3, 2013, at Joint Expeditionary Base, Fort Story, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, WAYNE D. PRUITT, did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844.)

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: /s/ M. Jennifer Norako

M. Jennifer Norako
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 462-4760
Fax: (757) 441-3205
Jennifer.Norako@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
M. Jennifer Norako
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 462-4760
Fax:(757) 441-3205
Jennifer.Norako@usdoj.gov

3/11/13
_____
Date